Hall, Judge,
 

 delivered the opinion of the Court:
 

 The parties have treated this case as if the cause of action had happened before the act of 1820, ch. 1045. By that act it is declared, that all suits hereafter commenced in the Superior or County Courts in this State, on any bond, promissory note, or liquidated account, for a less sum than $100, shall be abated upon the plea of the Defendant. By tins act, the Court have not the power of nonsuiting in such cases $ nor is it necessary for the Plaintiff to file an affidavit, as he has done. This was the mode pointed out by former acts of Assembly. By this act, the suit can be abated only upon the plea of the
 
 Defendant;
 
 of course, the judgment pf the Superior Court must be affirmed.